IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. HONESTO,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES HARTLEY, Warden,<br><br>    Respondent. | No. C 11-01600 JF (PR)<br><br>ORDER OF DISMISSAL;<br>GRANTING MOTION FOR LEAVE<br>TO PROCEED *IN FORMA*<br>*PAUPERIS*<br><br><br><br>(Docket No. 2.) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 2.) Petitioner filed a previous petition for a writ of habeas corpus with this Court, Case No. C 06-00308 JF (PR), which was denied as untimely on March 7, 2011. The instant petition is therefore the second filed by Petitioner challenging the same conviction and sentence.

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999).

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\01600Honesto_dism-succ.wpd

Additionally, a district court must dismiss any new claims raised in a successive petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(2).

Here, the instant petition challenges the same sentence as the previous petition and petitioner has not presented an order from the Ninth Circuit Court of Appeals authorizing this Court to consider any new claims. See 28 U.S.C. § 2244(b)(3)(A). Petitioner's first petition was adjudicated on the merits in this Court's order denying the petition on March 7, 2011. Accordingly, this Court must dismiss the instant petition in its entirety.

The instant petition is DISMISSED as a second and successive petition pursuant to § 2244 (b)(1).

Petitioner's motion for leave to proceed in forma pauperis, (Docket No. 2) is GRANTED.

IT IS SO ORDERED.

DATED: 5/5/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\01600Honesto_dism-succ.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER HONESTO,

        Petitioner,

v.

JAMES HARTLEY, Warden,

        Respondent.
                                     /

Case Number: CV11-01600 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/19/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter J. Honesto D-55459
CA State Prison-Avenal
P.O. Box 9
Avenal, CA 93204

Dated: 5/19/11

                                            Richard W. Wieking, Clerk